UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Shineka McCain,

       Plaintiff,                                            Case No. 07-13831

v.                                                                Hon. Nancy G. Edmunds

Wells Fargo Home Loans,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for defendant to cease and desist vacate of premises and any further actions against plaintiff property for reason of fraud is hereby DENIED.

       SO ORDERED.


                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: November 29, 2007


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 29, 2007, by electronic and/or ordinary mail.

                                      s/Carol A. Hemeyer
                                      Case Manager