UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Shineka McCain,

       Plaintiff,                                      Case No. 07-13831

v.                                                        Hon. Nancy G. Edmunds

Wells Fargo Home Loans,

       Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and incorporating Rule 56 is hereby GRANTED, and Plaintiff's complaint is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: January 8, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 8, 2008, by electronic and/or ordinary mail.

                                              s/Carol A. Hemeyer
                                              Case Manager